opinion filed June 4, 1948; rehearing denied June 28, 1948; released for publication June 28, 1948. Aplington & Kaufman, for appellant; Hollerich & Hurley, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

## Four Wheel Drive Auto Company, Appellee, v. Blackhawk Machine Company, Appellant.

### Gen. No. 10,236.

opinion filed June 4, 1948; released for publication June 25, 1948. Carl A. Swenson and Stanton E. Hyer, for appellant; Andrews, Essington & Barrick, for appellee; A. V. Essington, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.

## Floyd Richter et al., Appellees, v. City of Mount Carroll, Appellant.

### Gen. No. 10,249.